# MEMORANDUM CASES.

[L. A. No. 5143. In Bank.—November 19, 1920.]

## CALIFORNIA NATIONAL SUPPLY COMPANY (a Corporation), Respondent, v. GEORGE J. WHITMORE et al., Defendants; C. P. BLAKEMORE et al., Appellants.

CORPORATIONS — SALE OF STOCK FOR DELINQUENT ASSESSMENT — LIABILITY FOR UNPAID SUBSCRIPTIONS.—Judgment reversed on the authority of *American Well etc. Co.* v. *Blakemore et al.* and *American Well etc. Co.* v. *Rex Midway Oil Co. et al., ante,* p. 343.

APPEAL from a judgment of the Superior Court of Los Angeles County. Pat R. Parker, Judge presiding. Reversed.

The facts are identical with those stated in the opinion of the court in *American Well etc. Co.* v. *Blakemore et al.* and *American Well etc. Co.* v. *Rex Midway Oil Co. et. al., ante,* p. 343.

Samuel H. French and Davis & Rush for Appellants.

L. W. Jutten and Flint & Jutten, Flint & MacKay for Respondent.

LAWLOR, J.—The questions presented here were considered and decided in *American Well etc. Co.* v. *Blakemore et al.,* and *American Well etc. Co.* v. *Rex Midway Oil Co. et al., ante,* p. 343, [193 Pac. 779]. An opinion has been filed this day in those cases, *ante,* p. 343, and upon the authority thereof the judgment herein is reversed.

Olney, J., Shaw, J., Angellotti, C. J., Lennon, J., Sloane, J., and Wilbur, J., concurred.

Rehearing denied.

All the Justices concurred.